MINUTE ENTRY            2:10 p.m.

UNITED STATES OF AMERICA -vs- LIU, YA JUN

PRESENT: HON. ALEX R. MUNSON, CHIEF  JUDGE PRESIDING
  K. LYNN LEMIEUX, DEPUTY CLERK
  SANAE N. SHMULL, COURT REPORTER
  TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
  LIU, YA JUN,  DEFENDANT

PROCEEDINGS:    INITIAL APPEARANCE

 Defendant LIU, YA JUN appeared without counsel.  Government was represented by Timothy Moran, AUSA.  Also present were DEA Agent, Deborah Muusers and U.S. Probation Officer Margarita Wonenberg.

 Aby Leung was present and sworn as interpreter/translator of the Mandarin language.

 Defendant was sworn and advised of the charges against her in the Indictment and her constitutional rights.  Court after reviewing the defendant's financial affidavit determined that the defendant did qualify for court appointed counsel and ordered that the Clerk appoint counsel.

 Government requested that "no bail" be set at this time and that the defendant be held in custody.  Court order "no bail" at this time.  Court set Arraignment for WEDNESDAY, March 2, 2005 at 9:00 a.m.   Defendant was remanded into the custody of the U. S. Marshal.

     Adj.  2:25 p.m.


;   [KLL EOD 03/01/2005]