```
MINUTE ENTRY            9:40 a.m.

  U.S.A. -v- LIU, YA JUN

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
   LOREN SUTTON, ATTORNEY FOR DEFENDANT
   LIU, YA JUN, DEFENDANT

PROCEEDINGS:  ARRAIGNMENT
```

Attorney Loren Sutton appeared with and on behalf of defendant. Government was represented by Timothy Moran, AUSA.   DEA Agent Deborah Muusers was also present.

Anthony Yen was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and advised of the charges against her in the indictment and her constitutional rights.

Defendant waived reading of the indictment and pled NOT GUILTY to the charges against her. Court ordered  jury trial to begin on MONDAY, May 2, 2005 at 9:00 a.m. Pretrial motions to be filed no later than March 16, 2005.

Government moved that the defendant be retained at this time.  No motion at this time by defense. Court ordered  that the defendant be remanded back into the custody of the U.S. Marshal.

Government moved to unseal the case.  Court so ordered.

        Adj. 9:50 a.m.

;   [KLL EOD 03/02/2005]