MINUTE ENTRY           9: 10 a.m.

 UNITED STATES OF AMERICA -V- LIU, YA JUN aka "Candace"

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  LOREN SUTTON, ATTORNEY FOR DEFENDANT
  LIU, YA JUN aka "Candace", DEFENDANT

PROCEEDINGS:    Waiver of Indictment and Entry of Plea to an Information

 Defendant appeared with court-appointed counsel, Attorney Loren Sutton.  Government was represented by Timothy Moran, AUSA.

 Anthony Yen was sworn as an uncertified interpreter/translator.  Court inquired of the defendant if she was willing to waive her right to a "certified" court interpreter.  Defendant stated that she waived that right and was satisfied with the services of the interpreter provided to her.

 Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the Plea Agreement.

 Defendant signed the Waiver of Indictment form in open court.  Court accepted the Waiver of Indictment and found that the signing of the waiver was  knowing and voluntary.

 Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant  entered a plea of GUILTY to the Superseding Information.  Court found that the defendant was fully competent to enter a knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

 Court ordered the Presentence Investigation Report be submitted by Tuesday, June 28, 2005 and that the Sentencing hearing be set for Wednesday, September 7, 2005 at 9: 00 a.m.

 Court remanded the defendant into the custody of the U.S. Marshal.

        Adjourned at 10:30 a.m.

;    [KLL EOD 04/26/2005]