FILED
Clerk
District Court

SEP 06 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
     MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN MARIANA ISLANDS
11

12
   UNITED STATES OF AMERICA,        )   Criminal Case No. 05-00008
13                                  )
              Plaintiff,            )
14                                  )
         v.                         )   **STIPULATION**
15                                  )
   LIU, YA JUN,                     )
16     a/k/a, "Candace,"            )
                                    )
17            Defendant.            )
                                    )
18                                  )
                                    )
19                                  )

20  _____

21       IT IS HEREBY STIPULATED AND AGREED by and between the United States of

22  America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant

23  United States Attorneys, of counsel, and Liu, Ya Jun, the defendant, by and through her attorney,

24  Loren Sutton, that the sentencing now scheduled for Wednesday, September 7, 2005 at 9:00 a.m.,

25  shall be rescheduled for **Wednesday, December 7, 2005 at 9:00 a.m.** in order to permit the

26  ///

27  ///

28

defendant an opportunity to cooperate with the United States.

DATED: 9/2/05

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

By: _____
Timothy E. Moran
Assistant U.S. Attorney

DATED: 9/2/05

_____
LOREN SUTTON
Attorney for Liu, Ya Jun

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

RECEIVED

SEP 02 2005

Clerk
District Court
For The Northern Mariana Islands

-2-