LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:         (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

NOV 30 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 05-00008 |
| )  |  |
| Plaintiff,           ) |  |
| )  |  |
| v.           ) | STIPULATION |
| )  |  |
| LIU, YA JUN,           ) |  |
|     a/k/a, "Candace,"           ) |  |
| )  |  |
| Defendant.           ) |  |
| )  |  |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorneys, of counsel, and Liu, Ya Jun, the defendant, by and through her attorney, Loren Sutton, that the sentencing now scheduled for Wednesday, December 7, 2005 at 9:00 a.m., shall be rescheduled for **Friday, February 10, 2006, at 9:00 a.m.** in order to permit the

///

///

defendant an opportunity to cooperate with the United States.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 11/29/05    By: _____
Timothy E. Moran
Assistant U.S. Attorney

DATED: 11/29/05    _____
LOREN SUTTON
Attorney for Liu, Ya Jun

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

-2-

RECEIVED
NOV 29 2005
Clerk
District Court
For The Northern Mariana Islands