```
                                              F I L E D
                                                 Clerk
1  LEONARDO M. RAPADAS                       District Court
   United States Attorney
2  TIMOTHY E. MORAN                          JAN 3 0 2006
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN                For The Northern Mariana Islands
     MARIANA ISLANDS                        By_____
4  Horiguchi Building, Third Floor              (Deputy Clerk)
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:       (670) 236-2985

7  Attorneys for United States of America
```

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00008 |
| Plaintiff, ) | |
| v. ) | **STIPULATION** |
| LIU, YA JUN, ) | |
| a/k/a, "Candace," ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorneys, of counsel, and Liu, Ya Jun, the defendant, by and through her attorney, Loren Sutton, that the sentencing now scheduled for Friday, February 10, 2006 at 9:00 a.m., shall be rescheduled for **Monday, May 8, 2006, at 9:00 a.m.** in order to permit the

/ / /

/ / /

1 | defendant an opportunity to cooperate with the United States.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 1/30/06

By: *(signature)*
Timothy E. Moran
Assistant U.S. Attorney

DATED: 1/30/06

*(signature)*
LOREN SUTTON
Attorney for Liu, Ya Jun

SO ORDERED.

*(signature)*
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

-2-