FILED
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIU, YA JUN,<br><br>Defendant. | Criminal Action No. 05-00008<br><br><br>Order Rescheduling Sentencing |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Loren A. Sutton
Attorney at Law
P.O. Box 5593
Saipan, MP 96950

IT IS ORDERED that the Sentencing in the above case is set for Monday, May 8, 2006, is rescheduled to Monday, May 15, 2006, at 9:00 a.m.

DATED this 17th day of March, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)