LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:             (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

MAY -9 2006

For The Northern Mariana Islands
By_____
               (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00008 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION |
| LIU, YA JUN, <br> a/k/a, "Candace," | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorneys, of counsel, and Liu, Ya Jun, the defendant, by and through her attorney, Loren Sutton, that the sentencing now scheduled for Monday, May 15, 2006 at 9:00 a.m., shall be rescheduled for **Tuesday, June 20, 2006, at 9:00 a.m.** in order to permit the

/ / /

/ / /

1  defendant an opportunity to cooperate with the United States.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    District of the Northern Mariana Islands

DATED: 5/4/06                       By: _____
                                    Timothy E. Moran
                                    Assistant U.S. Attorney


DATED: 5/5/06                       _____
                                    LOREN SUTTON
                                    Attorney for Liu, Ya Jun

SO ORDERED.

                                    _____
                                    HONORABLE ALEX R. MUNSON
                                    Chief Judge, District Court of the NMI

RECEIVED
MAY - 8 2006
Clerk
District Court
The Northern Mariana Islands