F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:   (670) 236-2982
6  Fax:         (670) 236-2985

7  Attorneys for United States of America

8

9

10

11

12

                 UNITED STATES DISTRICT COURT

                 NORTHERN MARIANA ISLANDS

13  UNITED STATES OF AMERICA,          )    Criminal Case No. 05-00008
                                       )
                   Plaintiff,          )
14                                     )
                                       )
15        v.                           )    STIPULATION
                                       )
16  LIU, YA JUN,                       )
          a/k/a, "Candace,"            )
17                                     )
                   Defendant.          )
18                                     )
                                       )
19                                     )
                                       )
20  _____

21        IT IS HEREBY STIPULATED AND AGREED by and between the United States of

22  America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant

23  United States Attorneys, of counsel, and Liu, Ya Jun, the defendant, by and through her attorney,

24  Loren Sutton, that the sentencing now scheduled for Tuesday, June 20, 2006, at 9:00 a.m., shall

25  be rescheduled for **Monday, September 11, 2006, at 8:30 a.m.** in order to permit the

26  / / /

27  / / /

28

1 | defendant an opportunity to cooperate with the United States.

2

3

4

5

6

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 6/12/06

By: _____
Timothy E. Moran
Assistant U.S. Attorney

7

8

9

DATED: 6/12/06

LOREN SUTTON
Attorney for Liu, Ya Jun

10

11

12 | SO ORDERED.

13

14

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

15

16

17

18

19

20

21

22

23

24

25

26

27 | **RECEIVED**

28

JUN 1 2 2006

Clerk
District Court
The Northern Mariana Islands

-2-