LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2982
Fax:          (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00008 |
|               Plaintiff, | ) | |
|     v. | ) | GOVERNMENT'S MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE UNDER U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e) |
| LIU, YA JUN,<br>    a/k/a, "CAndace," | ) | |
|               Defendant. | ) | |

      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, and hereby moves the Court, pursuant to United States Sentencing Guidelines § 5K1.1 and 18 U.S.C. § 3553(e), to depart from the Sentencing Guidelines and the statutory mandatory minimum consecutive sentence, based on the defendant's substantial assistance to the Government. The Government also moves for a one-level reduction under U.S.S.G. § 3E1.1(b). The Government recommends that the Court depart downward to advisory Guidelines **level 15**.

      The Government intends to make its specific recommendation at the sentencing hearing.

                                                              LEONARDO M. RAPADAS
                                                               United States Attorney
                                                               Districts of Guam and the NMI

Date: September 7, 2006        By:        ____/s/_____
                                                                          TIMOTHY E. MORAN
                                                                          Assistant United States Attorney