FILED
Clerk
District Court

SEP - 8 2006

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIU, YA JUN,<br><br>Defendant. | Criminal Action No. 05-00008<br><br>Order Rescheduling Sentencing Time |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Loren A. Sutton
Attorney at Law
P.O. Box 5593
Saipan, MP 96950

IT IS ORDERED that the Sentencing in the above case set for Monday, September 11, 2006 at 8:30 a.m., is rescheduled to 8:00 a.m., on the same date.

DATED this 8th day of September, 2006.

_____
Judge Alex R. Munson